IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| BRIAN J. BURDA, | Case No. 11 B 80797 |
| Debtor. | Honorable Manuel Barbosa |
| | Trustee Joseph D. Olsen |

## NOTICE OF MOTION

  May 4, 2011 at 9:30 a.m., I shall appear before Bankruptcy Judge Barbosa in the Courtroom usually occupied by him, in the Federal Courthouse 211 South Court Street, Court Room 115, Rockford, IL 61101, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion to Modify Automatic Stay at which time and place you may appear if you so see fit.

                  /s/Steven R. Rappin
                  STEVEN R. RAPPIN
                  HAUSELMAN, RAPPIN & OLSWANG, LTD.
                  39 South LaSalle Street
                  Chicago, Illinois 60603
                  312/372-2020
                  Attorney No. 06193940

STATE OF ILLINOIS
COUNTY OF COOK

  I, Steven R. Rappin, an attorney, being first duly sworn upon oath, deposes and states that he has served the above and foregoing Notice, together with all required papers, upon the Debtor, by placing same in an envelope addressed as shown on attached Service List, and depositing same First Class Mail, postage prepaid in the United States mail box at 39 South LaSalle Street, Chicago, Illinois 60603, and by electronic filing upon Debtor's Attorney, the Trustee and the Office of the U. S. Trustee, on April 27, 2011.

                  /s/Steven R. Rappin
                  STEVEN R. RAPPIN

## SERVICE LIST

**BRIAN J BURDA**
**1256 CIMARRON**
**CARY, IL 60013**

**KEVIN W BRUNING**
**BRUNING & ASSOCIATES**
**333 COMMERCE DR SUITE 900**
**CRYSTAL LAKE, IL 60014**

**JOSEPH D OLSEN**
**YALDEN OLSEN & WILLETTE**
**1318 E STATE STREET**
**ROCKFORD, IL 61104**

**PATRICK S LAYNG**
**OFFICE OF THE U.S. TRUSTEE, REGION 11**
**780 REGENT ST.**
**SUITE 304**
**MADISON, WI 53715**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              Chapter 7

BRIAN J. BURDA,                                     Case No. 11 B 80797

Debtor.                                             Honorable Manuel Barbosa

Trustee Joseph D. Olsen

## MOTION TO MODIFY AUTOMATIC STAY

Now comes CITIMORTGAGE, INC. (CITIMORTGAGE), by its attorneys, HAUSELMAN, RAPPIN & OLSWANG, LTD., and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and as cause for its motion states as follows:

1. At all relevant times, CITIMORTGAGE was, or is, the owner of a Note secured by a first mortgage against the real estate in McHenry County, Illinois, located at 1256 Cimarron Dr., Cary, IL 60013 (Real Estate).

2. The Mortgage was duly recorded in the Office of the Recorder of Deeds of McHenry County, Illinois, upon the date indicated thereon and assigned the document numbers appearing thereon.

3. The Mortgage and Note involving the Real Estate have been, and are, delinquent since May, 2010.

4. There is due and owing CITIMORTGAGE the principal sum of $174,528.08 plus interest, attorneys' fees, costs and advances in connection with the Real Estate.

5. On February 28, 2011, the Debtor filed a Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code and Joseph D. Olsen was appointed Standing Trustee of the Debtor's estate.

6. The automatic stay against CITIMORTGAGE should be modified for the following reasons:

A. According to the Debtor's "*Chapter 7 Individual Debtor's Statement of Intention*", Debtor is surrendering the Real Estate

B. The Debtor has failed to provide adequate protection to CITIMORTGAGE and has made a material default with respect to his payments due CITIMORTGAGE.

C. There is currently a continuing daily increase in the total indebtedness chargeable against the Real Estate for interest costs due under the Mortgage and Note, liens against the Real Estate and unpaid real estate taxes, all of which results in CITIMORTGAGE being deprived of adequate protection of its interest as a secured party in the Real Estate.

7. CITIMORTGAGE requests waiver of 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, CITIMORTGAGE, INC. prays that an Order be entered in this cause modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, Section 362, so that CITIMORTGAGE, INC. be permitted to initiate or proceed with mortgage foreclosure proceedings, and for such further relief as may be appropriate.

                                            CITIMORTGAGE, INC.,

                                            By: _____/s/Steven R. Rappin_____
                                                 One of its attorneys

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street, #1105
Chicago, Illinois 60603
312/372-2020
Attorney No. 06193940

NOTICE PURSUANT TO THE
FAIR DEBT COLLECTION
PRACTICES ACT
15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Hauselman & Rappin, Ltd., 39 South LaSalle Street, Suite 1105, Chicago, Illinois 60603.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.